IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>      Plaintiff,<br><br>  vs.<br><br>UNIVERSAL MUSIC GROUP; ISLAND DEF JAM GROUP; ESTATE OF SHAKIR STEWART; and RICK ROSS,<br><br>      Defendants. | Civil No. 19-00670 HG-KJM |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS WITHOUT PREJUDICE THE COMPLAINT AND DENY PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF No. 4)**

Findings and Recommendation having been filed and served on Plaintiff on December 18, 2019 at the Florida address he provided, and on January 9, 2020 at the Maryland address he provided, and no objections having been filed,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation To Dismiss Without Prejudice The Complaint and Deny Plaintiff's Application To Proceed in District Court Without Prepaying Fees or Costs are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: January 28, 2020, Honolulu, Hawaii.



Helen Gillmor
United States District Judge

1